■ NICHOLAS DOMINICK et al., Respondents, v CHARLES MILLAR & SON CO. et al., Appellants, et al., Defendants. (Appeal No. 2.) [54 NYS3d 913]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, Centra, Troutman and Scudder, JJ.

■ In the Matter of LAURENCE R. GOODYEAR, Deceased. DANIEL M. GOODYEAR et al., Respondents, v FREDERICK YOUNG et al., Appellants. [54 NYS3d 913]—Motion for reargument denied. Present—Centra, J.P., Lindley, DeJoseph, NeMoyer and Scudder, JJ.

■ In the Matter of MARGARET WOOSTER et al., Appellants-Respondents, v QUEEN CITY LANDING, LLC, Respondent-Appellant, and CITY OF BUFFALO PLANNING BOARD et al., Respondents. (Proceeding No. 1.) In the Matter of BUFFALO NIAGARA RIVERKEEPERS, INC., Appellant-Respondent, v CITY OF BUFFALO, Respondent, and QUEEN CITY LANDING, LLC, Respondent-Appellant. (Proceeding No. 2.) (Appeal No. 1.) [54 NYS3d 914]—Motion for reargument denied. Present—Whalen, P.J., Smith, Centra, Peradotto and Scudder, JJ.

■ LLOYD PICHE, Appellant, v SYNERGY TOOLING SYSTEMS, INC., et al., Respondents, et al., Defendant. SYNERGY TOOLING SYSTEMS, INC., Third-Party Plaintiff, v AMHERST ACOUSTICAL, INC., Third-Party Defendant. [54 NYS3d 914]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Whalen, P.J., Smith, Centra, Peradotto and Scudder, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM H. HOWELL, Appellant. [54 NYS3d 914]—Judgments unanimously affirmed. Counsel's motion to be relieved of assignments granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeals from Judgments of the Monroe County Court, Hon. John L. DeMarco, J.—Burglary, 3rd Degree.) Present—Whalen, P.J., Carni, Lindley, Curran and Scudder, JJ.